# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
## No. 20-1181V
## Filed: June 7, 2021
UNPUBLISHED

|  |  |
|---|---|
| ROBERT G. WILSON,<br><br>      Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>      Respondent. | Special Master Horner |

*Robert G. Wilson, Leesburg, VA, proceeding pro se.*
*Alexa Roggenkamp, U.S. Department of Justice, Washington, DC, for respondent.*

### ORDER CONCLUDING PROCEEDINGS[1]

On September 11, 2020, petitioner filed a petition under the National Childhood Vaccine Injury Act, 42 U.S.C. § 300aa-10-34 (2012),alleging that he suffered Thrombocytopenia and Immune Thrombocytopenia Purpura resulting from Hepatitis A and Meningitis B vaccinations that he received on July 21, 2017. (ECF No. 1, p. 2.) On May 10, 2021, I issued a notice indicating that statutory 240-day period for the special master's issuance of a decision in this case has expired. (ECF No. 22; *see also* Vaccine Rule 10(d); 42 U.S.C. § 300aa-21(b).) On June 7, 2021, petitioner filed a notice of intent to withdraw his petition from the Vaccine Injury Compensation Program pursuant to 42 U.S.C. § 300aa-21(b). (ECF No. 24.)

**Accordingly, the Court of Clerk is hereby notified pursuant to Vaccine Rule 10(d) that the proceedings of this petitioner are now concluded, but no judgment should be entered by the Clerk's Office.**

---

[1] Because this decision contains a reasoned explanation for the special master's action in this case, it will be posted on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. *See* 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information the disclosure of which would constitute an unwarranted invasion of privacy. If the special master, upon review, agrees that the identified material fits within this definition, it will be redacted from public access.

**IT IS SO ORDERED.**

s/Daniel T. Horner
Daniel T. Horner
Special Master